**SAO**
Edward D. Boyack, Esq.
Nevada Bar No. 5229
Patrick A. Orme, Esq.
Nevada Bar No. 7853
**BOYACK ORME & ANTHONY**
7432 W. Sahara Ave. #101
Las Vegas, Nevada 89117
Ted@boyacklaw.com
Patrick@boyacklaw.com
702.562.3415
702.562.3570 (fax)
*Attorney for Defendant*
*Seven Hills Master Community Association*

# UNITED STAES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-06 ASSET-BACKED CERTIFICATES, SERIES 2007-6,<br><br>Plaintiff,<br><br>v.<br><br>LEACH JOHNSON SONG & GRUCHOW, LTD, a Nevada limited liability company; SEVEN HILLS MASTER COMMUNITY ASSOCIATION, a non-profit domestic corporation;<br><br>Defendants. | CASE 2:18:cv-723-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SEVEN HILLS MASTER COMMUNITY ASSOCIATION TO FILE RESPONSIVE PLEADING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-06 ASSET-BACKED CERTIFICATES, SERIES 2007-6, ("WELLS FARGO") and Defendant SEVEN HILLS MASTER COMMUNITY ASSOCIATION ("SEVEN HILLS")

that Defendant SEVEN HILLS' responsive pleading to Plaintiff WELLS FARGO's *Complaint* will be due on June 15, 2018, due to medical surgery of Defense counsel. Plaintiff WELLS FARGO will not take any adverse action against Defendant SEVEN HILLS before that date.

| | |
|---|---|
| IT IS SO STIPULATED | IT IS SO STIPULATED. |
| Dated June 4, 2018 | Dated June 4, 2018 |
| BOYACK ORME & ANTHONY | WRIGHT FINLAY & ZAK |
| /s/ Patrick Orme | /s/ Matthew Carter |
| Edward D. Boyack, Esq.<br>Nevada Bar No. 5229<br>Patrick Orme, Esq.<br>Nevada Bar No. 7853<br>7432 W. Sahara Ave. #101<br>Las Vegas, NV 89117<br>*Attorneys for Defendant Seven Hills Master Community Association* | Matthew Carter, Esq.<br>Nevada Bar No. 9524<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV, 89117<br>*Attorneys for Plaintiff Wells Fargo Bank* |

## **ORDER**

Based on the foregoing stipulation of the parties, IT IS ORDERED, that the responsive pleading of SEVEN HILLS to Plaintiff WELLS FARGO's *Complaint* will be due on June 15, 2018. Plaintiff WELLS FARGO will not take any adverse action against Defendant SEVEN HILLS before that date.

DATED June 5, 2018

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*

_/s/_Patrick _Orme_____
BOYACK ORME & ANTHONY
Edward D. Boyack, Esq.
Nevada Bar No. 5229
Patrick Orme, Esq.
Nevada Bar No. 7853
7432 W. Sahara Ave. #101
Las Vegas, NV 89117
*Attorneys for Defendant Seven Hills Master Community Association*