**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@leachjohnson.com
cpittsenbarger@leachjohnson.com
*Attorneys for Defendant*
*Leach Johnson Song & Gruchow, Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>LEACH JOHNSON SONG & GRUCHOW, LTD., a Nevada Limited Liability Company; SEVEN HILLS MASTER COMMUNITY ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Defendants. | Case No.: 2:18-cv-00723-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES [ECF NO. 14 & 15]**<br><br>**(First Request)** |

Defendant Leach Johnson Song & Gruchow, LTD and the Plaintiff Wells Fargo, N.A., through counsel of record, stipulate and agree as follows:

1. On April 20, 2018, Plaintiff filed a Complaint.

2. On July 10, 2018, Defendant filed a Motion to Dismiss Complaint.

3. On July 10, 2018, Defendant also filed a Motion for Rule 11 Sanctions and for Fees under Nev. Rev. Stat. Section 18.010(2)(b).

4. On July 24, 2018, Plaintiff filed an Opposition to Defendant's Motion to Dismiss Complaint and an Opposition to Defendant's Motion for Rule 11 Sanctions and for Fees under Nev. Rev. Stat. Section 18.010(2)(b).

5. Defendant's deadline to file its Replies in Support of its Motions is July 31, 2018.

6. Counsel for Defendant will be out of town the week of July 30, 2018 and therefore, the parties agree to extend the deadline for Defendant's Replies to and including August 13, 2018.

Stipulated and agreed to this 30th day of July, 2018.

| **LEACH JOHNSON SONG & GRUCHOW** | **WRIGHT FINLAY & ZAK, LLP** |
|---|---|
| */s/ T. Chase Pittsenbarger* | */s/ Matthew S. Carter* |
| Sean L. Anderson, Esq.<br>Nevada Bar No. 7259<br>T. Chase Pittsenbarger, Esq.<br>Nevada Bar No. 13740<br>8945 W. Russell Road, #330<br>Las Vegas, NV 89148<br>*Attorneys for Leach Johnson Song & Gruchow, LTD* | Dana J. Nitz, Esq.<br>Nevada Bar No. 0050<br>Matthew S. Carter, Esq.<br>Nevada Bar No. 9524<br>7785 W. Sahara Avenue, #200<br>Las Vegas, NV 89117<br>*Attorneys for Wells Fargo Bank* |

**IT IS SO ORDERED** August 2, 2018.

_____
U.S. District Court Judge

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, NV 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113